USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/20/20

# Gordon & Gordon
*Attorneys at Law*

**108-18 Queens Blvd., 6th Floor**
**Forest Hills, N.Y. 11375**

Phone: (718) 544-7070
Fax: (718) 544-0994

Peter S. Gordon, Esq.
Maris R. Gordon, Esq.

www.gordonesq.com

**APPLICATION GRANTED**

_____ 2/20/20
Barbara Moses, U.S.M.J.

February 20, 2020

Hon. Barbara Moses,
United States Magistrate Judge,
500 Pearl St.,
New York, NY 10007

        **Re: Souffrant v Grambro Realty Corp**
        **19-cv-5482**

Dear Judge Moses,

    Undersigned Counsel is the attorney for the Plaintiff in the above referenced matter. The settlement agreement has been finalized and should be signed by the Defendants by the end of today, according to defendant's attorney, Mr. Matt Persanis, Esq. Given that the deadline to file the settlement agreement and joint letter approving the settlement agreement is tomorrow, 2/21/20, and I am going to be away from 2/21/20-3/2/20, I am respectfully requesting a short two (2) week adjournment so that my client can sign the settlement agreement and I can file, jointly with the defendant's attorney, the settlement agreement and joint letter approving the settlement agreement. This request is being made with the consent of defendant's attorney, Mr. Matt Persanis, Esq.

    I thank the Court for its consideration toward this matter.

Respectfully submitted,
Gordon & Gordon, P.C.

**MEMO ENDORSED**

Supriya Kichloo, Esq