```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/5/20
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SIDNEY SOUFFRANT,

        Plaintiff,

-against-

14-15 MERTENS PLACE CORP, et al.,

        Defendants.

19-CV-5482 (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge**.

    For the reasons stated in this Court's Order dated March 11, 2020 (Dkt. No. 31), to which no party has objected (*see id.* at 5), this action is DISMISSED with prejudice.

    Any pending motions are moot. All filing deadlines and conference dates are adjourned *sine die*. The Clerk of Court is directed to close the case.

Dated: New York, New York
       May 5, 2020

**SO ORDERED.**

_____
**BARBARA MOSES**
**United States Magistrate Judge**